%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. II   Investigating Agency: FBI
City: Burlington    Related Case Information:
County: Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number: 11 MJ 6167 LTS
Search Warrant Case Number: _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Steven Berman    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

Alias Name: _____
Address: (City & State) Hillsboro, OH

Birth date (Yr only): 1962   SSN (last4#): 6460   Sex: M   Race: White   Nationality: USA

Defense Counsel if known: Martin F. Murphy    Address: Foley Hoag LLP
Bar Number: _____    155 Seaport Boulevard
                        Boston, MA 02210

**U.S. Attorney Information:**

AUSA: Vassili Thomadakis/Sarah Walters    Bar Number if applicable: 638378 (Walters)

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: December 1, 2011

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Hon. Leo T. Sorokin   on December 1, 2011

Charging Document: ☐ Complaint   ☐ Information   ☑ Indictment
Total # of Counts: ☐ Petty   ☐ Misdemeanor   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 14, 2011    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Steven Berman

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§1349, 1348 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1343, 1349, 2 | Wire fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1341, 2 | Mail fraud | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011