₴JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. **II**     Investigating Agency **FBI**

City **Burlington**     Related Case Information:

County **Middlesex**     Superseding Ind./ Inf. **Yes**     Case No. **11-CR-10415 NMG**
Same Defendant **Yes**     New Defendant
Magistrate Judge Case Number **11 MJ 6167 LTS**
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name **Steven Berman**     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

Alias Name

Address (City & State) **Hillsboro, OH**

Birth date (Yr only): **1962**    SSN (last4#): **6460**    Sex **M**    Race: **White**    Nationality: **USA**

Defense Counsel if known: **Martin F. Murphy**     Address **Foley Hoag LLP**

Bar Number                 **155 Seaport Boulevard**
**Boston, MA 02210**

**U.S. Attorney Information:**

AUSA **Vassili Thomadakis/Sarah Walters**     Bar Number if applicable **638378 (Walters)**

Interpreter: ☐ Yes ☑ No     List language and/or dialect:

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date **December 1, 2011**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: **Hon. Leo T. Sorokin** on **December 1, 2011**

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony **3**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **January 11, 2012**     Signature of AUSA: _[signature]_