JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

City __Burlington__  Related Case Information:

County __Middlesex__

Superseding Ind./ Inf. __Yes__  Case No. __11-CR-10415 NMG__
Same Defendant __Yes__  New Defendant ____
Magistrate Judge Case Number __11 MJ 6168 LTS__
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __Richard Kranitz__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

Alias Name ____

Address __(City & State) Grafton, WI__

Birth date (Yr only): __1944__  SSN (last4#): __4932__  Sex __M__  Race: __Caucasian__  Nationality: __U.S__

Defense Counsel if known: __Michael Fitzgerald__  Address __Fitzgerald Law Firm__

Bar Number ____  __526 East Wisconsin Ave.__

__Milwaukee, WI  53202__

**U.S. Attorney Information:**

AUSA __Sarah Walters/Vassili Thomadakis__  Bar Number if applicable __638378 (Walters)__

Interpreter: ☐ Yes ☑ No  List language and/or dialect: ____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date __December 1, 2011__

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: __Hon. Leo T. Sorokin__  on __January 3, 2012__

Charging Document:  ☐ Complaint  ☐ Information  ☑ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __January 11, 2012__  Signature of AUSA: ____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Richard Kranitz

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §§1349, 1348 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 USC §§1343, 1349, 2 | Wire Fraud | 2 |
| Set 3 | 18 USC §§1341, 2 | Mail Fraud | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____