**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,      )
                                 )
          v.                    )        Criminal No. 11-10415-NMG
                                 )
JAMES PRANGE *et al.*,          )
          *Defendants*      )

## JOINT STATUS REPORT

At the interim status conference on April 12, 2012, the Court scheduled the next interim status conference for May 17, 2012, and ordered the parties to confer in advance of that conference about whether the defendants intend to file discovery motions and, if so, to propose a schedule for such motions.

Following the conference on April 12, 2012, the government filed its response (DE#39) to the joint discovery letter that the defendants filed on April 3, 2012 (DE#36).  The defendants have conferred with each other and with the government regarding the outstanding discovery issues.  Because the parties have been unable to resolve all of the discovery issues, the defendants will file motions to compel the government to produce certain materials.  As instructed by the Court, the defendants will coordinate their motions to avoid any duplication of issues and efforts.

Accordingly, the parties jointly request that the Court set a schedule for discovery motions such that the defendants' motions will be due by June 29, 2012 and the government's oppositions, if any, will be due by July 30, 2012.  The parties request this schedule because (i) the defendants continue to review the discovery that the government has produced to date, (ii) the defendants intend to file multiple motions to compel, and (iii) counsel for defendant James Prange recently underwent non-elective surgery and will be recuperating for four to six weeks.

Should the Court set a schedule for discovery motions, the parties have no other issues to address, at this time, at the interim status conference on May 17, 2012.  Thus, the parties agree,

as the Court previously suggested, that an in-court conference is not necessary.  The parties further request that the Court defer a schedule for any dispositive motions until the defendants have had an opportunity to review any further discovery.

The parties request that the time from May 17, 2012 through the date on which the next interim status conference is scheduled be excluded from calculation under the Speedy Trial Act (the Court has already excluded time through May 17, 2012), the reasons for which exclusion include that defense counsel need further time to examine the evidence, discuss the same with their clients, and prepare discovery motions.  Therefore, the ends of justice served by such exclusion outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

CARMEN M. ORTIZ, U.S. ATTORNEY

By attorneys,

*/s/ Sarah E. Walters*
A.U.S.A. Sarah E. Walters
A.U.S.A Vassili Thomadakis
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston,  MA  02110
Telephone: (617) 748-3130
Facsimile: (617) 748-3960
sarah.walters@usdoj.gov

JAMES PRANGE

By his attorney,

*/s/ Scott P. Lopez*
Scott P. Lopez
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Telephone: (617) 439-4990
Facsimile: (617) 439-3987
splopez@lawson-weitzen.com

STEVEN BERMAN

By his attorneys,

*/s/ Martin F. Murphy*
Michael B. Keating, BBO #263360
Martin F. Murphy, BBO #363250
Daniel N. Marx, BBO #674523
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210-2600
Telephone: (617) 832-1213
Facsimile: (617) 832-7000
mmurphy@foleyhoag.com

KAREN PERSON

By her attorney,

*/s/ Francis J. DiMento*
Francis J. DiMento
DiMento & Sullivan
Seven Faneuil Hall Marketplace
Boston, MA  02109
Telephone: (617) 523-2345
Facsimile: (617) 523-2346
fjd@dimentosullivan.com

- 3 -

RICHARD KRANITZ

By his attorney,

*/s/ Michael J. Fitzgerald*
Michael J. Fitzgerald, *admitted pro hac vice*
Fitzgerald Law Firm, S.C.
526 E. Wisconsin Avenue
Milwaukee, WI  53202
Telephone: (414) 221-9600
Facsimile: (414) 221-0600
mfitz@mfitzlaw.com


Dated:  May 11, 2012

JOHN C. JORDAN

By his attorney,

*/s/ Inga L. Parsons*
Inga L. Parsons
Inga Parsons Attorney at Law
3 Besson Street, # 234
Marblehead, MA  01945
Telephone: (781) 581-2262
Facsimile: (781) 842-1430
inga@ingaparsonslaw.com

- 4 -

## CERTIFICATE OF SERVICE

I, Daniel N. Marx, Esq., hereby certify that, on May 11, 2012, the foregoing document, filed through the ECF system, was served electronically on the registered participants as identified on the notice of electronic filing.

/s/ Daniel N. Marx
Counsel for Defendant
Steven Berman