**FITZGERALD LAW FIRM, S.C.**
———

MICHAEL J. FITZGERALD
LAWYER

526 EAST WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202-4503
TELEPHONE (414) 221-9600
FACSIMILE (414) 221-0600

February 5, 2013

Honorable Nathaniel M. Gorton
U.S. District Judge
1 Courthouse Way
Boston, MA 02210

Re:   *United States v. James Prange, et al.*
      Case No. 11-10415-NMG

Dear Judge Gorton:

Pending before the Court is defendant Kranitz's motion to continue the jury trial in this case (Doc #82). The motion is based on a scheduling conflict that I had with a state court trial in Wisconsin.

Today a severance was granted for my client in the state court case, thus changing the trial date and eliminating my scheduling conflict with this case.

Accordingly, Mr. Kranitz withdraws his motion to continue the jury trial, and we will plan on appearing for trial on April 22, 2013.

Thank you for your consideration.

Sincerely,

FITZGERALD LAW FIRM, S.C.

  S/Michael J. Fitzgerald
Michael J. Fitzgerald

MJF/jmb

**FITZGERALD LAW FIRM, S.C.**

Honorable Nathaniel M. Gorton
February 5, 2013
Page 2

c:	Sarah Walters
	Assistant United States Attorney

	Vassili Thomadakis
	Assistant United States Attorney

	Martin F. Murphy

	Scott P. Lopez

	Francis J. DiMento

	Inga L. Parsons